UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| PLASTICS MACHINERY GROUP, INC., | ) ) ) | Case No.: 1:24 CV 185 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) ) | |
| THERMOFORMING PROCESS PRODUCTS, INC., *et al.*, | ) ) ) | |
| Defendants | ) | <u>JUDGMENT ENTRY</u> |

The court, having granted Defendant Thermoforming Process Products, Inc.'s Motion for Judgment on the Pleadings (ECF No. 19) and Defendant James Griffin's Motion for Judgment on the Pleadings (ECF No. 18) with respect to all of Plaintiff's claims in separate Orders on this same date, hereby enters judgment in favor of Defendant Thermoforming Process Products, Inc. And Defendant James Griffin and against Plaintiff.

IT IS SO ORDERED.

*/s/ SOLOMON OLIVER, JR.*
UNITED STATES DISTRICT JUDGE

February 28, 2025